UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

KENNETH MCKOY,

    Petitioner,

V.

GREGORY KIZZIAH, Warden,

    Respondent.

Civil Action No. 7: 17-82-KKC

**JUDGMENT**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Federal Rule of Civil Procedure 58 it is **ORDERED** and **ADJUDGED** that:

1. The petition filed pursuant to 28 U.S.C. § 2241 by Kenneth McKoy [R. 1] is **DENIED** with respect to all issues raised in this proceeding.

2. Judgment is **ENTERED** in favor of respondent Gregory Kizziah, Warden of the United States Penitentiary.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Entered November 20, 2017.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY